UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O R D E R

IT IS ORDERED that the following motions noticed for submission/hearing on **OCTOBER 12, 2011,** will be considered on the briefs.

| | |
|---|---|
| 02-2103 | FREEMAN DECORATING CO. V ECUENTRO LAS AMERICAS TRADE CORPORATION, ET AL<br>Motion by Freeman Decorating Co. for reconsideration pursuant to Rule 60(b)(6) of the Federal Rues of Civil Procedure (213) |
| 07-5652 | LUIS ALONSO AGUILAR, ET AL V BOLLINGER SHIPYARDS, INC., ET AL<br>Motion by Luis Alonso Aguilar and Kim Aguilar to review taxation of costs (325) |
| 08-2972 | ULYSSE DAIGLE, JR. V SUPERIOR WELL SERVICES, INC.<br>Motion by Stringer's Oilfield Services, Inc. for leave to file motion in limine regarding plaintiff's expert, Elizabeth Martina (193) |
| 09-3646<br>c/w<br>10-2633 | IN THE MATTER OF THE COMPLAINT OF ANTILL PIPELINE CONSTRUCTION CO., INC., ETC.<br>Motion by Antill Pipeline Construction Co., Inc. for review of and objection to order from Magistrate Judge (405) [REF: 09-3646] |
| 09-7375 | DAVID WILLIAMS V TRIPLE ENTERPRISE, INC. OF LOUISIANA, ET AL<br>Motion by Manson Gulf, LLC, International Construction Group, LLC and Lexington Insurance Company in limine to strike plaintiff's expert (132) |
| 10-1799 | ANGELA STEPTER, ET AL V SANTOS VERELE, ET AL<br>Motion by Santos Verele, State National Insurance Company, Inc. and Intercon Carriers, L C to strike new pre-trial deadlines (119) |
| 10-2869<br>c/w<br>11-0036 | KADANT JOHNSON INC. V JOSEPH V. D'AMICO, ET AL<br>Objection to Magistrate's order [doc #177] filed by Kadant Johnson (199)<br>[REF: 11-0036] |
| 10-3349 | ROBERT MUNIZ V MICHAEL CYPRIAN, ET AL<br>Motion by Michael Cyprian, John Thevenot, John Fortunato, Nathan Penton and Newell Normand for summary judgment (17) |

11-0625    SHELIA B. WRIGHT, ET AL V UNITED STATES OF AMERICA
           Motion by the United States of America to dismiss [the individual-capacity claims
           fo Marlow J. Wright for lack of subject-mater jurisdiction] (11)

11-1591    MICHAEL BURRLE, SR. V NORTHROP GRUMMAN COMPANY
           Motion by Huntington Ingalls Incorporated to dismiss, or alternatively, motion for
           more definite statement (10)

New Orleans, Louisiana, this 6th day of October 2011.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE