U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   OCT 1 8 2011

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL BURRLE, SR. | * | CIVIL ACTION NO. 11-1591 |
| VERSUS | * | SEC. C (JUDGE BERRIGAN) |
| NORTHROP GRUMMAN COMPANY | * | MAG. 3 (JUDGE KNOWLES) |

## Notice of Settlement

I'AM Asking The court for A Motion to Seltlement A Lawsuit with Hunting<sup>ton</sup> Ingalls Incorporated. I, Michael Burrle Sr has Ash Donna Phillips Currault For a Seltlement For Two Hundred And fifty Thousand Dollars $250,000 This check Stub Help me with The numbers of Settlement

Cell # 504-251-1826

Notice of Settlement to days

Date is October 18, 2011,

*Michael Burrle Sr* (signature)
Michael Burrle Sr
422 Commece St
Gretna LA 70053
Cell# 504-251-1826

**Certificate of Service**
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 18 day of October, 2011.

*Michael Burrle Sr* (signature)
Signature

$00.335
12/08/2009

NORTHROP GRUMMAN
Ship Systems

P.O. BOX 50280
NEW ORLEANS, LA.
70150-0280

08-8101-24-000-99703

M. BURRLE SR
P O BOX 2667
GRETNA LA 70056

```
NORTHROP GRUMMAN SHIP SYSTEMS   P.O. BOX 50280   NEW ORLEANS, LA. 70150-02
                                                              GENERAL INFORMATION
     CURRENT EARNINGS           TAXES & DEDUCTIONS
HRS  TYPE     DOLLARS     TYPE        CURRENT      Y-T-DATE    BURRLE SR.
40.0 REGULAR  844.00      FED TAX       14.85     2,831.75     M
40.0 *TOTAL*  844.00      FICA          61.39     3,835.13     SSN:XXX-XX-471
                          LA STATE      18.12     1,328.75
                          UNION K26     11.54       544.72     BADGE: 24-9970
                          HLTH INS      41.54     2,002.25
                          E-LIFE IN     10.96                  TAX STATUS:
                          STD INS        1.08                  FED M 5 ALLOW
                          TRVL ADV     220.00R                 LA  2 1 ALLOW
                          TRVL EXP     795.00R
                          TOT DED:     855.52-                 PAY PERIOD END
                                                                  12-06-09

                                                               CONTROL NUMBER
                                                                  0001509

 CURRENT TAXABLE EARNINGS               AVAIL VAC HRS:
GROSS EARNS    844.00
INS PRE-TAX     41.54-                               WORK RECORD SUMMARY
FICA TAX BASE  802.46                   DATE      REG HRS    OT HRS    DBL HRS
                                        11/30      10.0        .0        .0
FED TAX BASE   802.46                   12/01      10.0        .0        .0
                                        12/02      10.0        .0        .0
                                        12/03      10.0        .0        .0
 YEAR-TO-DATE TAXABLE EARNINGS
GROSS EARNINGS    52,134.88             TOTAL       40.0
HEALTH PRE-TAX     2,002.25-
FICA WAGES        50,132.63                            PAY SUMMARY
FED TAX WAGES     50,132.63                  GROSS:      844.00
                                             DEDUCTS:    855.52-
                             STUB-NON-NEGOTIABLE    CK-010  NET:  1,699.52

JPMORGAN CHASE        XXXXXX511              $ 1,699.52

                              DIRECT DEPOSIT NOTICE - NON-NEGOTIABLE
```