## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL BURRLE, SR. | CIVIL ACTION |
| VERSUS | NUMBER: 11-1591 |
| NORTHROP GRUMMAN COMPANY and INGALS SHIP SYSTEMS/AVONDALE | SECTION: "C" 3 |

### J U D G M E N T

Considering the Court having granted the motion to dismiss filed by defendant Huntington Ingalls Incorporated, improperly named as Northrop Grumman Company and Ingals Ship Systems/Avondale; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-captioned matter be and is hereby DISMISSED with prejudice.

New Orleans, Louisiana, this 6th day of December 2011.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE