United States District Court Eastern District
Michael Burrle Sr    11-1591 C(3)
vs.
Northrop Grumman Co., ET AL

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   DEC - 8 2011
LORETTA G. WHYTE
CLERK

## Notice Of Appeal

Docket #12 RESPOND/Memorandum in Opposition filed by Michael Burrle Sr. ~~re 10 Motion to Dismiss Case or Alternatively~~ Motion for More Definite Statement. Attachment C Exhibit C

Failure to State a Valid Racial Discrimination Case

Plaintiff has failed to state a cause of action for racial discrimination and thus the claim must be dismissed under Federal Rule of Civil Procedure. Rule authorizes a court to dismiss a plaintiffs complaint in whole or in part where the Plaintiff has failed "to state a claim upon which relief may be granted." In considering a motion to dismiss for failure to state a claim under Rule, the Court must accept all well-pleaded facts as true and view them in the light most favorable to the plaintiff. Also need more time for a witness, need to obtain an Affidavit/ative to the Courts.

___ Fee _____
___ Process _____
X  Dktd _____
X  CtRmDep _____
___ Doc No. _____

I Am Asking The Courth to over Turn The District Courts Decision

Michael Burrle Sr
Michael Burrle Sr
422 Commerc St
GretnA LA 70053
Cell # 504-251-1826

**Certificate of Service**
I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this _8_ day of _December_, 20_11_

_Michel Burrle_
Signature