COURT RECORD LOAN FORM
(Please Print)
U.S. District Court

"C"

*THIS PORTION REMAINS WITH COURT RECORDS*

No. 11-1591   Short Title: Burrle vs. Northrop Grumman Co, et al   Date: 2-28-12

To: Donna Currault
Name

Address: Gordon, Arata, McCollam, Duplantis & Eagar
201 St. Charles Ave, Ste. 4000
New Orleans    LA    70170
City            State      Zip

Documents Enclosed:
☑ Record Vols: 1
☐ Exhibits ☐ Env. _____
☐ Box: _____
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return — SEND RECORD WITH BRIEF OR MOTION TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 28 2012  MV
LORETTA G. WHYTE
CLERK

To: Clerk, 5th Circuit

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records above listed are returned to Clerk
Attorney Name: _____
Date: _____

*THIS PORTION REMAINS WITH COURT RECORDS*

✂ Cut Here

Clerk's Receipt — *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No. _____  Short Title _____

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records in above case have been received by Clerk
Name: _____
Date: _____

District: _____

✂ Cut Here

Attorney Forwarding Receipt — *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No. _____  Short Title _____

To: Clerk, U.S. District Court

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records in above case forwarded to
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____  Date: _____

District: _____

✂ Cut Here

Attorney Receipt — *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. _____  Short Title _____

To: Clerk, U.S. District Court

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records in above case listed received
Judge/Attorney Name: _____
Date: _____

District: _____